In the Matter of the Application of the MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK to Acquire Title to Land for the Purpose of Opening Fordham Road.
JOHN B. HASKIN, JR., Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of Mayor, etc., of New York,* 74 App. Div. 343, appeal dismissed.
(Argued November 12, 1902; decided December 2, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 6, 1902, which modified, and affirmed as modified, an order of Special Term denying an application to vacate proceedings for the acquisition of certain real estate in the city

of New York, and confirming the report of commissioners of estimate and assessment.

*Abel Crook* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly, John P. Dunn* and *Thomas C. Blake* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.   Absent: VANN, J.